UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2018
MARCH 26, 2019 SESSION



FILED
MAR 26 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:19-cr-00083
8 U.S.C. § 1326(a)

ELMER ISAIAS HERNANDEZ,
    also known as "Elmer Hernandez-Carranza"

I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about June 23, 2015, defendant ELMER ISAIAS HERNANDEZ, also known as "Elmer Hernandez-Carranza", (hereinafter "ELMER ISAIAS HERNANDEZ") an alien, was found at or near Harrisburg, Pennsylvania, and was subsequently removed from the United States to Honduras on or about August 3, 2015.

2. On or about March 9, 2019, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant ELMER ISAIAS HERNANDEZ, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

          MICHAEL B. STUART
          United States Attorney

By: _____ for Erik Goes
     ERIK S. GOES
     Assistant United States Attorney